# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HAROLD ESTELLE, on his own behalf and on behalf of all other similarly situated,**

        Case No. 6:07-mc-0068-Orl-22KRS

        **Plaintiff,**

-vs-

**SCHERING-PLOUGH CORPORATION,
SCHERING CORPORATION,
SCHERING SALES CORPORATION,**

        **Defendants**

_____/

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF HAROLD ESTELLE'S EMERGENCY MOTION TO COMPEL AND FOR AN ORDER OF CONTEMPT AND SANCTIONS FOR NON-PARTY WITNESS TRACY STEIN'S FAILURE TO COMPLY WITH SUBPOENA ISSUED IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA AND REQUEST FOR ORAL ARGUMENT (Doc. No. 1)** |
| **FILED:** | **July 17, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF HAROLD ESTELLE'S MOTION . . . TO RE-SET HEARING DATE ON PLAINTIFF'S EMERGENCY MOTION TO COMPEL AND FOR AN ORDER OF CONTEMPT AND SANCTIONS DUE TO CONFLICT WITH HEARING ON THE SAME DATE BEFORE THE JPML IN ALL RELATED CASES (Doc. No. 7)** |
| **FILED:** | **July 19, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

This proceeding is ancillary to the action styled *Harold Estelle, on his own behalf and on behalf of all others similarly situation v. Schering-Plough Corp., et al.,* No. 07-10817 MLW (D. Mass). The matter is before this Court because Plaintiff Harold Estelle issued a subpoena to non-party Tracy Stein to appear for a deposition in this district. Stein did not appear, and did not move to quash the subpoena in this Court. In response to the motion, however, counsel for the defendants in the Massachusetts case advised this Court that a motion for a protective order is pending in the Massachusetts case seeking a stay of all discovery pending resolution of a motion to transfer the case. Counsel for Estelle did not advise this Court of the pendency of that motion.

The question of whether discovery should proceed is best resolved in the first instance by the judge presiding over the underlying litigation. Accordingly, this Court will not consider the motion to compel and for an order of contempt and sanctions at this time. Should the Massachusetts court permit discovery to go forward, Estelle may renew his motion in this Court.

Accordingly, the hearing scheduled on the motion to compel and for an order of contempt and sanctions scheduled for July 26, 2007 at 9:00 a.m. is **CANCELED**. This Order renders the motion to reschedule the hearing moot.

**DONE** and **ORDERED** in Orlando, Florida on July 21, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties